238 

37066.   ATTAWAY *v.* GRIFFIN *et al.,* Commissioners.

Quillian, Judge.   The judgment of this court (*Attaway* v. *Griffin,* 97 *Ga. App.* 437, 103 S. E. 2d 175) reversing the judgment of the trial court which sustained the general demurrer, having been reversed by the Supreme Court of Georgia (*Griffin* v. *Attaway,* 214 *Ga.* 350, 104 S. E. 2d 753) the judgment of reversal by this court is hereby vacated and the judgment of the trial court is affirmed.

*Judgment affirmed.   Felton, C. J., and Nichols, J., concur.*

Decided September 24, 1958.

*Chappell & Barfield,* for plaintiff in error.
*Adams & McDonald, Cravey & Pentecost,* contra.